**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JERROLD J. COOPER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | )   Case No. CIV-08-734-F |
| NORMAN REGIONAL HOSPITAL, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the court is Defendant, Norman Regional Health System's Partial Motion to Dismiss, filed November 21, 2008 (doc. no. 24), wherein defendant seeks to dismiss plaintiff's status-based <u>Burk</u>[1] public policy tort claims alleged in Count I of the Amended Complaint. In support of its motion, defendant relies upon the court's previous ruling in <u>Eapen v. Dell Marketing USA, LP</u>, Case No. CIV-07-277-F, 2007 WL 2248170 (W.D. Okla. August 2, 2007).

Plaintiff, Jerrold J. Cooper, in his response brief,[2] recognizes the undersigned's previous ruling, but states that because of the uncertainty in Oklahoma law and a disagreement between some of the federal judges in this district, plaintiff must preserve the <u>Burk</u> claims. Plaintiff suggests that a ruling by this court should be deferred pending a ruling by the Oklahoma Supreme Court in <u>Shirazi v. Childtime Learning Center, Inc.</u>, Case No. CIV-07-1289-C,[3] and <u>Smith v. Pioneer Masonry, Inc.</u>,

---

[1] <u>Burk v. K-Mart</u>, 770 P.2d 24 (Okla. 1989).

[2] Although LCvR 7.1(i) permits the filing of a reply brief to address a new matter raised in a response brief, the court concludes that no reply brief is necessary.

[3] The court notes that this case recently settled at a mediation session. *See*, Case No. CIV-07-1289-C, doc. no. 44.

SC 105,285. The undersigned, however, declines to delay these proceedings pending a ruling in these cases. The court concludes that plaintiff's remedies under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 are adequate and preclude plaintiff's <u>Burk</u> claims of race discrimination and hostile work environment based upon race. See reasoning and authorities discussed in <u>Eapen</u>, *supra*.

Accordingly, Defendant, Norman Regional Health System's Partial Motion to Dismiss, filed November 21, 2008 (doc. no. 24), is **GRANTED**.

DATED December 10, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0734p005(pub).wpd